# Order

Michigan Supreme Court
Lansing, Michigan

December 6, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148097(27)

JENNIFER STANKEVICH, a/k/a
JENNIFER MILLIRON,
          Plaintiff-Appellant,

v

          SC: 148097
          COA: 310710
          Dickinson CC: 12-016939-DP

LEANNE MILLIRON,
          Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of the American Civil Liberties Union Fund of Michigan to participate as amicus curiae is GRANTED. The brief submitted by the American Civil Liberties Union Fund of Michigan on December 2, 2013, in support of the application for leave to appeal is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 6, 2013



Clerk